UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMERICA STEEL TRADE
CORPORATION,

    Plaintiff,

v.                                                         Case No. 6:22-cv-915-RBD-EJK

METALHOUSE, LLC,

    Defendant.
_____

## ORDER

In this action to confirm an arbitration award, Defendant defaulted (Doc. 9) and Plaintiff moved for a default judgment (Doc. 12 ("Motion")). On referral, U.S. Magistrate Judge Embry J. Kidd entered a Report and Recommendation (Doc. 13 ("R&R")) submitting that the Court should grant the Motion. The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, it is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 13) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. The Motion (Doc. 12) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter a final default judgment in favor of Plaintiff America Steel Trade Corporation and against Defendant Metalhouse, LLC as follows:

   a. $747,150.00 in damages;

   b. Pre-judgment interest of $204.70 per day from October 22, 2020, through the date judgment is entered;

   c. $14,488.82 in costs; and

   d. Post-judgment interest at the rate set forth in 28 U.S.C. § 1961 on the date judgment is entered.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 5, 2022.



ROY B. DALTON JR.
United States District Judge