UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMERICA STEEL TRADE
CORPORATION,

    Plaintiff,

v.                                                     Case No. 6:22-cv-915-RBD-EJK

METALHOUSE, LLC,

    Defendant,

v.

BANK OF AMERICA, N.A.,

    Garnishee.
_____

**ORDER**

    Before the Court is Plaintiff's Motion for Final Judgment in Garnishment (Doc. 23 ("Motion")).

    Plaintiff previously obtained a default judgment against Defendant and now seeks a judgment of garnishment against Garnishee Bank of America, N.A. (Docs. 15, 23.) On referral, U.S. Magistrate Judge Embry J. Kidd entered a Report and Recommendation submitting that the Court should grant the Motion and enter the judgment of garnishment. (Doc. 25 ("R&R").) The parties did not object and the time has passed, so the Court examines the R&R for clear error only. *See*

*Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 25) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2. Plaintiff's Motion (Doc. 23) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter a final judgment of garnishment in favor of Plaintiff America Steel Trade Corporation and against Garnishee Bank of America, N.A. in the amount of $22,280.02.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 30, 2023.



ROY B. DALTON JR.
United States District Judge